UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br>   John Michael Horsky<br>   Kathleen Marie Horsky<br>       Debtor(s) | Case No. 14 B 34379 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/22/2014.

2) The plan was confirmed on 01/26/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 03/30/2015.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was Dismissed on 12/10/2015.

6) Number of months from filing to last payment: 14.

7) Number of months case was pending: 29.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $6,126.00 |
| Less amount refunded to debtor | $464.20 |
| **NET RECEIPTS:** | **$5,661.80** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,590.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $204.50 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,794.50** |

Attorney fees paid and disclosed by debtor:  $410.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| 500 Fast Cash | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Aargon Agency As Agent For Ops 9 L Llc | Unsecured | 70.00 | 70.00 | 70.00 | 0.00 | 0.00 |
| Activity Collection Services Inc | Unsecured | 961.00 | NA | NA | 0.00 | 0.00 |
| Advance America | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AIS Services LLC | Unsecured | 461.00 | NA | NA | 0.00 | 0.00 |
| Amazing Smiles Dental Care | Unsecured | 1,026.00 | NA | NA | 0.00 | 0.00 |
| American Collections | Unsecured | 121.00 | NA | NA | 0.00 | 0.00 |
| American General Finance | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP as agent for | Unsecured | 438.00 | 438.32 | 438.32 | 0.00 | 0.00 |
| AmeriCash Loans | Unsecured | 822.00 | NA | NA | 0.00 | 0.00 |
| Ameristar EAST Chicago | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Arrow Financial Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Aspire | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 750.00 | 361.00 | 361.00 | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 0.00 | 1,821.95 | 1,821.95 | 0.00 | 0.00 |
| Asset Acceptance LLC | Unsecured | 2,139.00 | NA | NA | 0.00 | 0.00 |
| AT T | Unsecured | 177.00 | NA | NA | 0.00 | 0.00 |
| AT&T Mobility II LLC | Unsecured | 783.00 | 783.33 | 783.33 | 0.00 | 0.00 |
| Brementowne Estates Condominium Asso | Secured | 0.00 | 7,176.87 | 7,176.87 | 1,064.00 | 0.00 |
| Capital Accounts | Unsecured | 53.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 487.00 | NA | NA | 0.00 | 0.00 |
| Cerastes | Unsecured | 0.00 | 625.00 | 625.00 | 0.00 | 0.00 |
| Certegy | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Certified Services, Inc. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 456.00 | 529.48 | 529.48 | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 577.00 | 986.56 | 986.56 | 0.00 | 0.00 |
| Cook County Treasurer | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| Creditors Discount & A | Unsecured | 531.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Service | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DISH Network | Unsecured | 687.00 | NA | NA | 0.00 | 0.00 |
| Dr. Michael McChill | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ER Solutions | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| First Consumers National Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| First Premier BANK | Unsecured | 369.00 | NA | NA | 0.00 | 0.00 |
| First Premier BANK | Unsecured | 423.00 | NA | NA | 0.00 | 0.00 |
| GC Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Harvard Collection Services | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| Heller & Frisone | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| I C System INC | Unsecured | 1,045.00 | NA | NA | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | 832.00 | 946.20 | 946.20 | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 702.00 | NA | NA | 0.00 | 0.00 |
| Illinois Lending Corporation | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Illinois State TOLL HWY Author | Unsecured | 283.00 | NA | NA | 0.00 | 0.00 |
| Illinois Tollway | Unsecured | 50,000.00 | 105,208.94 | 105,208.94 | 0.00 | 0.00 |
| Ingalls Memorial Hospital | Unsecured | 0.00 | 3,989.81 | 3,989.81 | 0.00 | 0.00 |
| Instant Cash Advance | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Jennifer P. Koch, DMD | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Joliet Furniture | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| KCA Financial Services | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Ledford & Wu | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Lighthouse Financial Group | Unsecured | 73.00 | NA | NA | 0.00 | 0.00 |
| Love 'em and Leave 'em Pet Sitting | Unsecured | 435.00 | NA | NA | 0.00 | 0.00 |
| Loyola Univ. Med. Center | Unsecured | 3,862.00 | NA | NA | 0.00 | 0.00 |
| LVNV Funding LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MBB | Unsecured | 511.00 | NA | NA | 0.00 | 0.00 |
| MiraMed Revenue Group LLC | Unsecured | 78.00 | NA | NA | 0.00 | 0.00 |
| National Credit Adjusters | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NCC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 332.00 | 1,723.80 | 1,723.80 | 0.00 | 0.00 |
| Orthopedic Assoc Kankakee | Unsecured | 178.00 | NA | NA | 0.00 | 0.00 |
| Pellettieri & Associates Ltd. | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| Plains Commerce Bank | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| Polar Heating & Air Conditioning | Unsecured | 548.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 1,098.00 | NA | NA | 0.00 | 0.00 |
| Premier Bank | Unsecured | 378.00 | NA | NA | 0.00 | 0.00 |
| PYOD | Unsecured | 2,051.00 | 2,051.87 | 2,051.87 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 4,090.00 | NA | NA | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Rush University Medical Group | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Seventh Avenue | Unsecured | 273.00 | 273.03 | 273.03 | 0.00 | 0.00 |
| SST Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Sullivan Urgent Aid Centers Ltd | Unsecured | 0.00 | 24.60 | 24.60 | 0.00 | 0.00 |
| Sullivan Urgent Aid Centers Ltd | Unsecured | 0.00 | 60.15 | 60.15 | 0.00 | 0.00 |
| Thomas Krul DSS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Titlemax Of Illinois Inc d/b/a TitleMax | Unsecured | NA | 307.12 | 307.12 | 0.00 | 0.00 |
| Titlemax Of Illinois Inc d/b/a TitleMax | Secured | 2,500.00 | 2,807.12 | 2,500.00 | 747.08 | 56.22 |
| Trustmark Recovery Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| United Cash Loans | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Universal Lenders Inc. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| USA Payday Loans | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| USDA NFC | Unsecured | 2,050.00 | NA | NA | 0.00 | 0.00 |
| Van Ru Credit Corp. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Verizon Wireless | Unsecured | 708.00 | NA | NA | 0.00 | 0.00 |
| Webbank-Fingerhut | Unsecured | 190.00 | 224.52 | 224.52 | 0.00 | 0.00 |
| Wells Fargo Bank | Secured | 89,250.00 | 87,047.90 | 87,047.90 | 0.00 | 0.00 |
| Wells Fargo Bank | Secured | 3,650.00 | 3,277.94 | 3,277.94 | 0.00 | 0.00 |
| Woodforest National Bank | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Worldwide Asset Purchasing LLC | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $87,047.90 | $0.00 | $0.00 |
| Mortgage Arrearage | $3,277.94 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $2,500.00 | $747.08 | $56.22 |
| All Other Secured | $7,176.87 | $1,064.00 | $0.00 |
| **TOTAL SECURED:** | **$100,002.71** | **$1,811.08** | **$56.22** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$120,425.68** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,794.50 |
| Disbursements to Creditors | $1,867.30 |
| **TOTAL DISBURSEMENTS :** | **$5,661.80** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/06/2017     By: /s/ Marilyn O. Marshall
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**